COPY

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 05-5297                                    September Term, 2004

05cv01524

Filed On: UNITED STATES COURT OF APPEALS FOR DISTRICT OF COLUMBIA CIRCUIT
FILED AUG 18 2005
CLERK

In re: Bryant A. Brown,
    Petitioner

### ORDER

    Petitioner's recently filed notice of appeal has been transmitted to this court from the U.S. District Court for the District of Columbia. This notice of appeal is from an order of the district court transferring petitioner's civil action to another district court. The only proper means of contesting such a transfer is by the filing, in this court, of a petition for writ of mandamus. See D.C. Circuit Handbook of Practice and Internal Procedure 18 (2000). Accordingly, it is

    **ORDERED** that petitioner's notice of appeal be filed herein as a petition for writ of mandamus. It is

    **FURTHER ORDERED** that petitioner submit a memorandum of law and fact in support of the petition, not exceeding twenty (20) pages, by September 19, 2005. Petitioner's failure to submit the memorandum will result in dismissal of the petition. See D.C. Cir. Rule 38. It is

    **FURTHER ORDERED**, that the petitioner either pay the $250.00 docketing fee or file a motion for leave to proceed in forma pauperis with this court by September 19, 2005.

    A request for appointment of counsel does not relieve petitioner of the obligation to comply with any order issued by this court including a briefing schedule. Petitioner's failure to respond to any order of the court, including this order, will result in dismissal of the petition for lack of prosecution. See D.C. Cir. Rule 38.

    The Clerk is directed to transmit a copy of this order to the district court, as a request to delay transfer of its case until disposition of the petition by this court, and to send a copy of this order to petitioner by whatever means necessary to ensure receipt.

FOR THE COURT:
Mark J. Langer, Clerk

BY: Elizabeth V. Scott
Deputy Clerk