# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 05-5297**  **September Term, 2005**

05cv01524

In re: Bryant A. Brown,
Petitioner

Filed On: 

## ORDER

Upon consideration of petitioner's motion for voluntary dismissal, it is

**ORDERED** that the motion be granted, and that the petition be hereby dismissed.

FOR THE COURT:
Mark J. Langer, Clerk

BY: _____

Mark Butler
Deputy Clerk

A True Copy:
United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk